UNITED STATES BANKRUPTCY COURT

U.S. Bankruptcy Court
515 Rusk Avenue
Houston, TX 77002

Southern District of Texas

Case Number: 94-46961 lzc

United States Bankruptcy Court
Southern District of Texas
ENTERED

FEB 0 3 1995

IN RE(NAME OF DEBTOR)
Nicholas A Florescu, 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

Michael N. Milby, Clerk of Court

DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under title 11, United States code, was filed by or against the person named above on 10/11/94 , and that an order for relief was entered under chapter 7 , and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court [or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained];

IT IS ORDERED THAT:

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. Sec. 523;

    (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2),(4) and (6) of 11 U.S.C. Sec. 523(a);

    (c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

Dated: 2/ 3/95

BY THE COURT

Letitia Z. Clark
United States Bankruptcy Judge

0008