UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY 18 1995
Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| NICHOLAS A. FLORESCU, § | |
|     Debtor § | |
| § | |
| STACY FLORESCU, § | |
|     Movant § | |
| § | |
| VS. § | CASE NO. 94-46961-H3-7 |
| § | (Chapter 7) |
| NICHOLAS A FLORESCU, § | |
|     Debtor § | |
| AND § | |
| § | |
| W. STEVE SMITH, § | |
|     TRUSTEE § | |

**ORDER SETTING HEARING ON MOTION OF STACY FLORESCU
FOR RELIEF FROM STAY FOR EXPEDITED HEARING**

On the ____ day of _____, 1995, the Court considered the Motion of Stacy Florescu for Relief from Stay and for Expedited Hearing. It is the opinion of the Court that the hearing on the Motion for Relief from Stay should be expedited.

It is ORDERED that the hearing on the Motion for Relief from Stay shall be held on __May 25_____, 1995 at __10:30__ a.m. in the U. S. Bankruptcy Court, Southern District of Texas, Houston Division.

SIGNED on this __15__ day of ____May____, 1995.

_____
JUDGE PRESIDING

0043991.01
842.1