UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY 2 4 1995
Michael N. Milby, Clerk

| | |
|---|---|
| IN RE: § § NICHOLAS A. FLORESCU, § Debtor § § STACY FLORESCU, § Movant § § VS. § § NICHOLAS A FLORESCU, § Debtor § AND § § W. STEVE SMITH, § TRUSTEE § | CASE NO. 94-46961-H3-7 (Chapter 7) |

## ORDER

On the _____ day of _____, 1995, the Court considered the attached Motion for Continuance. It is the opinion of the Court that this Motion is well taken and should be granted.

It is therefore ORDERED that the hearing on the Motion for Relief from Stay shall be held on June 7, 1995 at 9:00 a.m. in the U. S. Bankruptcy Court, Southern District of Texas, Houston Division.

SIGNED on this 23rd day of MAY, 1995.

_____
JUDGE PRESIDING

0044229.01
842.1