```
                                                    UNITED STATES BANKRUPTCY COURT
                                                     SOUTHERN DISTRICT OF TEXAS
                                                              ENTERED
```

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF TEXAS  
HOUSTON DIVISION

SEP 0 4 1996

Michael N. Milby, Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NICHOLAS A. FLORESCU | § | 94-46961-H3-7 |
| | § | |
| Debtor(s), | § | |

## SHOW CAUSE ORDER

Because of this case's age,

IT IS ORDERED that the trustee appear and show cause why the trustee's final report has not been filed.

The hearing will be:

DATE: **October 24, 1996**

TIME: **10:30 a.m.**

PLACE: **Courtroom #401, 4th Floor, U.S. Courthouse**
**515 Rusk Street, Houston, Texas 77002**

BEFORE: **Judge Letitia Z. Clark**

The Clerk's Office will serve this order on the trustee, U.S. Trustee, debtor and debtor's counsel.

IT IS FURTHER ORDERED that if the trustee's final report is filed or submitted to the U.S. Trustee prior to the date of hearing, the trustee shall file a response to the Show Cause Order stating that the final report has been filed or submitted to the U.S. Trustee, with a courtesy copy submitted to the judge's case manager. Then the hearing will be removed from the calendar. Otherwise, the trustee shall be expected to appear.

SIGNED: SEP 0 3 1996

LETITIA Z. CLARK  
UNITED STATES BANKRUPTCY JUDGE