UNITED STATES BANKRUPTCY COURT
Southern District of Texas

Office code 4

---

Case No.: 94 - 46961-lzc
Chapter: 7
Judge: Letitia Z. Clark

IN RE : Nicholas A Florescu
(aka/dba):

Debtor *
Social Security No. : 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
Employer Tax I.D. No. :

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 2 0 1997

Michael N. Milby, Clerk

FINAL DECREE

The estate of the above named debtor has been fully administered.

_____ The deposit required by the plan has been distributed.

IT IS ORDERED THAT :

   W. Steve Smith             is discharged as trustee of the estate
------------------------------
of the above-named debtor and the bond is cancelled ;

__X__ The chapter 7 case of the above named debtor is closed ; and

_____ ( other provisions as needed )

11/20/97
_____
Date

_____
United States Bankruptcy Judge

37

*Set forth all names, including trade names, used by the debtor within the last six years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.